LATHAM & WATKINS LLP
Laura R. Washington (Bar No. 266775)
*laura.washington@lw.com*
Dixon M. Carvalho Anderson (Bar No. 333894)
*dixon.carvalhoanderson@lw.com*
10250 Constellation Blvd, Suite 1100
Los Angeles, California 90067
Telephone: (424) 653-5500
Facsimile: (424) 653-5501

Brittany N. Lovejoy (Bar No. 286813)
*brittany.lovejoy@lw.com*
505 Montgomery Street, Suite 2000
San Francisco, California 94111
Telephone: (415) 391-0600
Facsimile: (415) 395-8095

*Attorneys for Defendant*
*Parkwood Entertainment, LLC*

[Additional Counsel on Signature Page]

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HIROSE ENTERPRISE LLC, *a Delaware limited liability company*; and SHUJI HIROSE, *an individual*,<br><br>Plaintiffs,<br><br>v.<br><br>JOHN HOLIDAY, *professionally known as* FOREMOST POETS; BEYONCE KNOWLES-CARTER, professionally known as BEYONCE; PARKWOOD ENTERTAINMENT, LLC; SONY MUSIC ENTERTAINMENT; SONY MUSIC PUBLISHING, LLC; and W CHAPPELL MUSIC CORP. d/b/a WC MUSIC CORP.,<br><br>Defendants. | Case No. 2:26-cv-08851-MEMF-AJRx<br><br>**JOINT STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>Complaint Served:<br><br>August 24, 2026; August 25, 2026<br><br>Current Response Date:<br>September 14, 2026; September 15, 2026<br><br>Proposed New Response Date:<br>October 15, 2026 |

Pursuant to this Court's Local Rule 7-1, plaintiffs Hirose Enterprise LLC and Shuji Hirose ("Plaintiffs") and defendants Parkwood Entertainment, LLC ("Parkwood"), Sony Music Entertainment ("SME"), Sony Music Publishing (US) LLC, erroneously sued as Sony Music Publishing, LLC ("SMP"), and W Chappell Music Corp. d/b/a WC Music Corp. ("WC") ("Defendants") (together with Plaintiffs, the "Parties") agree and jointly stipulate as follows:

WHEREAS, Plaintiffs filed their Complaint in this action on August 10, 2026 (Dkt. 1);

WHEREAS, pursuant to Federal Rule of Civil Procedure 12, SMP and WC currently have until September 14, 2026 to answer or otherwise respond to the Complaint;

WHEREAS, pursuant to Federal Rule of Civil Procedure 12, Parkwood and SME currently have until September 15, 2026 to answer or otherwise respond to the Complaint;

WHEREAS, Defendants have requested, and Plaintiffs have consented to, additional time for Defendants to answer or otherwise respond to the Complaint;

WHEREAS, the Parties agree that an extension of Defendants' time to file a responsive pleading or otherwise respond to the Complaint to October 15, 2026 is reasonable and serves the interests of judicial economy and efficiency;

WHEREAS, the Parties have not yet requested an extension of any deadlines in this matter;

NOW, THEREFORE, IT IS HEREBY JOINTLY STIPULATED AND AGREED that:

1. Defendants shall file their response to the Complaint on or before October 15, 2026.

This stipulation is made for good cause and not for purposes of delay and is without prejudice to any party's rights, claims, arguments, or defenses.

**IT IS SO STIPULATED.**

Dated: September 2, 2026

Respectfully submitted,

**THE HAYES LAW FIRM, APLC**

By */s/ DaShawn Hayes*
DaShawn Hayes, Esq.

*Attorneys for Plaintiffs Hirose Enterprise LLC and Shuji Hirose*

Dated: September 2, 2026

**LATHAM & WATKINS LLP**

By */s/ Laura R. Washington*
Laura R. Washington

*Attorneys for Defendant Parkwood Entertainment, LLC*

Dated: September 2, 2026

**PRYOR CASHMAN LLP**

By */s/ Rebecca Mandel*
Ilene S. Farkas (*Pro hac vice* pending)
Rebecca Mandel

*Attorneys for Defendants Sony Music Entertainment, Sony Music Publishing (US) LLC and W Chappell Music Corp.*

**ATTESTATION**

I hereby attest pursuant to L.R. 5-4.3.4(a)(2)(i) that all other signatories listed above, and on whose behalf the filing is submitted, concur in the content of this filing and have authorized this filing.

By: */s/ Laura R. Washington*
Laura R. Washington