LATHAM & WATKINS LLP
Laura R. Washington (Bar No. 266775)
*laura.washington@lw.com*
Dixon M. Carvalho Anderson (Bar No. 333894)
*dixon.carvalhoanderson@lw.com*
10250 Constellation Blvd., Suite 1100
Los Angeles, California 90067
Telephone: (424) 653-5500

Brittany N. Lovejoy (Bar No. 286813)
*britt.lovejoy@lw.com*
505 Montgomery Street, Suite 2000
San Francisco, California 94111
Telephone: (415) 391-0600

*Attorneys for Defendant*
*Parkwood Entertainment, LLC*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

HIROSE ENTERPRISE LLC, *a Delaware limited liability company*; and SHUJI HIROSE, *an individual*,

Plaintiffs,

v.

JOHN HOLIDAY, *professionally known as* FOREMOST POETS; BEYONCE KNOWLES-CARTER, professionally known as BEYONCE; PARKWOOD ENTERTAINMENT, LLC; SONY MUSIC ENTERTAINMENT; SONY MUSIC PUBLISHING, LLC; and W CHAPPELL MUSIC CORP. d/b/a WC MUSIC CORP.,

Defendants.

Case No. 2:26-cv-08851-MEMF-AJRx

**NOTICE OF MOTION FOR SANCTIONS**

Date: February 4, 2027
Time: 10:00 a.m.
Courtroom: 8B

Hon. Maame Ewusi-Mensah Frimpong

# NOTICE OF MOTION

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on February 4, 2027 at 10:00 a.m., or as soon thereafter as the matter may be heard, in the United States District Court for the Central District of California, Courtroom 8B, located at 350 West 1st Street, Los Angeles, California 90012, Defendant Parkwood Entertainment, LLC ("Parkwood") through its undersigned counsel will, and hereby does, move this Court to impose sanctions on counsel for Plaintiffs Hirose Enterprise LLC and Shuji Hirose ("Plaintiffs"), DaShawn Hayes, and Mr. Hirose under Federal Rule of Civil Procedure 11. Mr. Hayes and Mr. Hirose knew that the allegations in the complaint were unfounded and that Plaintiffs' copyright infringement claims against Parkwood were without merit before filing the complaint in this action. Further, a reasonable pre-suit investigation of basic facts and law would have confirmed that the suit against Parkwood is baseless. By proceeding with and filing this suit against Parkwood, Mr. Hayes and Mr. Hirose violated Rule 11. Parkwood respectfully requests an order from the Court:(1) striking the *Hirose II* complaint and dismissing Plaintiffs' claims with prejudice;

(2) requiring Mr. Hayes and Mr. Hirose to reimburse Parkwood for reasonable costs and attorney's fees Parkwood has incurred in defending against Plaintiffs' baseless lawsuit, including in connection with preparing and filing this motion, responding to Plaintiffs' complaint, and for all other expenses directly resulting from Mr. Hayes' and Mr. Hirose's Rule 11 violations; and

(3) imposing any other penalties and nonmonetary directives that the Court considers appropriate under Federal Rule of Civil Procedure 11(c)(4).

Parkwood's Motion for Sanctions is based on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, the Declaration of Laura R. Washington and accompanying Exhibits 1-10, oral argument of counsel, if any, and any other matter submitted to the Court.

Pursuant to Local Rule 7-3, counsel for Parkwood twice offered to meet and confer with Plaintiffs' counsel regarding this Motion for Sanctions. As of this filing, Plaintiffs' counsel has not responded. Decl. of Laura R. Washington ¶ 15 ("Washington Decl.").

.

Dated: October 16, 2026

Respectfully submitted,

**LATHAM & WATKINS LLP**

By: *<u>/s/ Laura R. Washington</u>*
Laura R. Washington

*Attorneys for Defendant*
*Parkwood Entertainment, LLC*